IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

Criminal Action No.
08-CR-599 (NAM)

PETER ARSENAULT

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 2 0 2009
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses both counts of Indictment No. 08-CR-599 against Peter Arsenault.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:

The United States has agreed to dismiss the charges against Peter Arsenault in light of a guilty plea by the Cicero Local Development Corporation (CLDC), the

corporation on whose behalf he was acting, and the commitment of the Metropolitan Development Association, which employed Arsenault, to adopt certain new procedures to increase transparency and accountability in the management of future development projects within its purview.

The United States believes that the ends of justice are best served by accepting the corporate plea and the change in procedures, and by dismissing the charges against the individual who had been charged with assisting one of the several organizations responsible for the conduct described in the Indictment.

With respect to this dismissal, defendant (check one):

__X__ Consents

____ Objects

____ Has not been consulted

This dismissal is with prejudice.

ANDREW T. BAXTER
Acting United States Attorney

By: Michael C. Olmsted
Assistant U.S. Attorney
Bar Roll No. 505858

Leave of court is granted for the filing of the foregoing dismissal.

Dated: March 20 2009
Syracuse, New York

Hon. Norman A. Mordue
United States District Court Judge

2